**UNPUPLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6701**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

VINCENT LOUIS HAYNES,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-98-231; CA-00-141-AM)

———————————

Submitted:  July 14, 2005          Decided:  July 27, 2005

———————————

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Vincent Louis Haynes, Appellant Pro Se. Sonya LeGene Sacks, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Louis Haynes appeals the district court's order denying his motion for reconsideration of its order denying Haynes' motion for relief under 18 U.S.C. § 3582(c)(2) (2000).  We have reviewed the record and find no abuse of the district court's discretion in denying the motion for reconsideration.  United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). Accordingly, we affirm the district court's order denying Haynes' motion for reconsideration.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED